Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

IN RE:

EUGENIA PAZ ESCOBEDO

CASE NO: 10-70149-HDH-13
HEARING DATE: 12/15/2010
HEARING TIME: 10:00am

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 008 0 U | AES | $6,336.00 | 009 0 U | ALLIED INTERSTATE | $814.00 |
| 015 0 U | COLLECTION | $103.00 | 016 0 U | CREDIT MANAGEMENT/TIME WARNER CABLE | $190.00 |
| 018 0 U | FAIR COLLECTIONS AND OUTSOURCING | $2,318.00 | 021 0 U | UNIQUE NATIONAL COLLECT | $40.00 |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 014 0 | WICHITA COUNTY | 2008, 10 PROPERTY TAXES/1629 HAWES - SUNNYSIDE HEIGHTS | $1,922.85 | $1,922.85 | 12.00% | 60 | $47.02 PAID BY TRUSTEE |
| 019 0 | FIRST BANK | 2002 YUKON | $1,755.78 | $2,000.00 | 9.00% | 60 | $39.03 PAID BY TRUSTEE |
| 020 0 | FIRST NATIONAL BANK OF WICHITA FALLS | 2007 TOYOTA COROLLA | $11,411.95 | $11,600.00 | 9.00% | 60 | $255.76 PAID BY TRUSTE |
| 022 0 | WELLS FARGO OPERATION CENTER | MORTGAGE/1629 HAWES | $29,445.28 | $31,145.84 | | | PD DIRECT BY DEBTOR |
| 023 0 * | WELLS FARGO HOME MORTGAGE | MORTGAGE ARREARS/5431 FLO | $8,967.51 | $131,426.00 | 9.00% | 60 | $207.66 PAID BY TRUSTE |
| 025 0 | WELLS FARGO HOME MORTGAGE | MORTGAGE/5431 FLO | $91,726.69 | $124,926.00 | | | PD DIRECT BY DEBTOR |
| 026 0 | WICHITA COUNTY | 2008, 10 PROPERTY TAXES/1230 32ND ST - HILLCREST | $1,046.39 | $13,900.00 | 12.00% | 60 | $25.61 PAID BY TRUSTEE |
| 027 0 | WICHITA COUNTY | 2010 PROPERTY TAXES/5431 FLO - HIGHPOINT VILLAGE | $2,826.00 | $3,009.66 | | | PD DIRECT BY DEBTOR |
| 039 0 | WELLS FARGO OPERATION CENTER | POST PETITION ARREARS FOR 6/10 THRU 7/10 | $1,081.00 | $1,081.00 | 9.00% | 60 | $23.71 PAID BY TRUSTEE |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 013 0 U | CITIFINANCIAL INC | $5,401.09 | 034 0 U * | TG | $1,947.25 |
| | *LOAN* | | | *STUDENT LOAN* | |
| | | | | *Not provided for in confirmed plan.* | |
| 041 0 U * | SALLIE MAE INC | $4,301.29 | | | |
| | *STUDENT LOAN* | | | | |
| | *Not provided for in confirmed plan.* | | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.
## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Beginning 5/6/2010 debtor shall make 8 payments of $833.00. Beginning 1/6/2011 debtor shall make 52 payment of $835.00; for a total plan contribution of $50,084.00.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 12/15/2010 AT 10:00am CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   11/5/2010                                           /s/ Walter O'Cheskey

                                                           _____
                                                           Walter O'Cheskey
                                                           Chapter 13 Trustee

```
AES 501 BLEEKER ST  UTICA NY 13501
ALLIED INTERSTATE 3000 CORPORATE EXCHANGE DRIVE 5TH FLOOR COLUMBUS OH 43231
BARRETT DAFFIN FRAPPIER TURNER & ENGEL 15000 SURVEYOR BLVD STE 100  ADDISON TX 75001
BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP 1900 ST JAMES PLACE SUITE 500 HOUSTON TX 77056
BETHPAGE FED CR UNION C/O ACS  UTICA NU 13501
CITIFINANCIAL 4214 KELL BLVD STE 107  WICHITA FALLS TX 76309
CITIFINANCIAL INC PO BOX 140489  IRVING TX 75014
CITIFINANCIAL INC PO BOX 70923  CHARLOTTE NC 28272
CITY OF WF, WFISD, WICHITA COUNTY CO PERDUE BRANDON FIELDER COLLINS & MOTT PO BOX 8188 WICHITA FALLS TX 76307
COLLECTION 700 LONGWATER DRIV  NORWELL MA 02061
CREDIT MANAGEMENT/TIME WARNER CABLE 4200 INTERNATIONAL PKWY  CARROLLTON TX 75007
DEPT OF ED PO BOX 9635  WILKES BARRE PA 18773
EUGENIA PAZ ESCOBEDO 5431 FLO DR  WICHITA FALLS TX 76302
FAIR COLLECTIONS AND OUTSOURCING 12304 E BALTIMORE AVE  BELTSVILLE MD 20705
FIRST BANK 300 E 3RD ST  BURKBURNETT TX 76354
FIRST BANK 4110 KELL BLVD  WICHITA FALLS TX 76309
FIRST NATIONAL BANK OF WICHITA FALLS PO BOX 94905  WICHITA FALLS TX 76308
FIRST NATIONAL BANK PO BOX 94905  WICHITA FALLS TX 76308
GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI FL 33131
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
JAMES W KING OFFERMAN & KING LLP 6420 WELLINGTON PLACE BEAUMONT TX 77706
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
SALLIE MAE INC DEPARTMENT OF EDUCTION PO BOX 740351 ATLANTA GA 30374
TG PO BOX 83100  ROUND ROCK TX 78683
UNIQUE NATIONAL COLLECT 119 E MAPLE ST  JEFFERSONVILLE IN 47130
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WELLS FARGO BANK NA C/O LEGAL PRACTICE MANAGEMENT 15000 SURVEYOR BLVD STE 1720 ADDISON TX 75001
WELLS FARGO BANK NA HOME EQUITY GROUP X2303-01A-01 HOME CAMPUS DES MOINES IA 50328
WELLS FARGO BANK NA PO BOX 14469 MAC X2303-01A  DES MOINES IA 50306
WELLS FARGO BANK NV NA PO BOX 31557  BILLINGS MT 59107
WELLS FARGO HM MORTGAGE 3476 STATEVIEW BLVD MAC 7801-014 FORT MILL SC 29715
WELLS FARGO HOME MORTGAGE 1 HOME CAMPUS / MAC # X2302-04C BANKRUPTCY PAYMENT PROCESSING DES MOINES IA 50328
WELLS FARGO OPERATION CENTER PO BOX 31557 MAC B695501B BILLINGS MT 59107
WICHITA COUNTY PO BOX 1471  WICHITA FALLS TX 76307
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
```